IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02029-WYD-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, LOCAL NO. 7, AFL-CIO,CLC,

    Plaintiff,

v.

KING SOOPERS, INC., a Division of DILLON COMPANIES, INC., a Kansas corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss (ECF No. 18), filed December 16, 2011.   After carefully reviewing the above-captioned case, I find that the stipulated motion should be granted and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss (ECF No. 18) is **GRANTED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: December 19, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge